231

No. 54508.—W. R. Zanes & Company *v.* United States, protest 154303–K (Galveston).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 54509.—Louis Meyers & Son, Inc. *v.* United States, protests 929112–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 54510.—Brown Durrell Co. *v.* United States, protest 938914–G (Boston).

Opinion by FORD, J. The protest was dismissed.

No. 54511.—Jordan Marsh Company *v.* United States, protest 974236–G (Boston).

Opinion by FORD, J. The protest was dismissed.

No. 54512.—Saji Trading Co., Ltd. *v.* United States, protests 120216–K and 124931–K (Los Angeles).

Opinion by FORD, J. The protests were dismissed.

No. 54513.—City of Paris Dry Goods Co. *v.* United States, protest 152305–K (San Francisco).

Opinion by FORD, J. The protest was dismissed.

No. 54514.—E. B. Baehr & Sons *v.* United States, protest 154809–K (New York).

Opinion by FORD, J. The protest was dismissed.

No. 54515.—Exchange Trading Corp. *v.* United States, protest 156945–K (New York).

Opinion by FORD, J. The protest was dismissed.